FILED
07 OCT 18 PM 1:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

CV-07-AR-1904-S

Inmate Identification Number: #117364

Truman Benjamin

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Seth U. Lewis, Carol Rhodes, Stephanie Woodruff & State of Alabama Board of Pardons & Parole

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
  Yes ( )    No ( ✓ )

  B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

      _____

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement _____Kilby Correctional Facility_____

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No ( ✓ )

C. If your answer is YES:

1. What steps did you take? _____
_____

2. What was the result? _____
_____

D. If your answer is NO, explain why not? _____
_____
_____
_____

2

III. **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Truman Benjamin

Address P.O. Box 150
Mt. Meigs, Al. 36057

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Seth U. Lewis, Carol Rhodes
is employed as Parole Officers Jefferson Co.
at 2021 - 13th Ave., No. B'ham, Al. 35234.

C. Additional Defendants Stephanie Woodruff - Central office & State of Alabama Board of Pardons & Paroles P.O. Box 302405 Montgomery Al. 35130-2405

IV. **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On or about August 2, 2007 TB Parole Officer Seth Lewis had Plaintiff arrested on Parole conditions #7 and 10. On August 15, 2007 a Revocation Hearing was held in respect to

3

Plaintiff where Carol Rhodes was the Hearing officer. I informed the hearing officer that I need my witness Ms. Mims the 911 dispatcher present to testify. The hearing officer stated that the witness had been notified. Plaintiff states that he received a written statement

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I was denied due process and because of that I lost everything I owned. Order that I be reinstated on Parole, everything I lost restored back to me. Two Hundred Fifty thousand Dollars Punitive Damages; One Hundred thousand dollars compensatory damages. Any other relief this Court deems proper and just.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 12, 2007_.

Truman A. Benjamin

_____
Signature(s)

4

## STATEMENT OF CLAIM Continued

from my witness stating that she had not been notified. And had she been notified she would have been present and what her testimony would have been. Therefore Plaintiff was denied Due Process.

Because of this Plaintiff lost his apartment and all his furniture which consisted of 2 bed rooms completely furnished King size bed room suits, living room suit, Dinette Set table + four chairs, 6 bar stools, Computer typewriter, VCR, DVD Player, Stero component set, 2 televisions, 2 telephones pictures ID, Sheets, Pillow cases, spreads towels Blankets, Quilts clothes Shoes and all my Property was lost because it was set outside of the apartment.

Respectfully Submitted
Truman Benjamin