FILED

2008 May-06  AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TRUMAN BENJAMIN, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>SETH U. LEWIS, et al., )<br>)<br>Defendants ) | Case No. 2:07-cv-01904-WMA-HGD |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 28, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).  The plaintiff filed a letter to the Clerk of the Court on April 8, 2008, requesting that his case be dismissed to allow him to proceed with exhausting his state remedies and asking the court to provide him copies of documents in his file.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DATED this 6th day of May, 2008.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE